NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AKAMAI TECHNOLOGIES, INC., THE MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**
*Plaintiffs-Appellants,*

v.

**LIMELIGHT NETWORKS, INC.,**
*Defendant-Cross-Appellant.*

---

2009-1372, -1380, -1416, -1417

---

Appeals from the United States District Court for the District of Massachusetts in No. 06-CV-11585, Judge Rya W. Zobel.

---

**SUA SPONTE**

---

Before PROST,[*] *Chief Judge,* NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, AND HUGHES, *Circuit Judges.*[**]

---

[*] Sharon Prost assumed the position of Chief Judge on May 31, 2014.
[**] Randall Rader, who retired from the position of

PER CURIAM.

# ORDER

On June 2, 2014, the Supreme Court reversed with costs the judgment of this court and remanded the case for further proceedings consistent with the Supreme Court's opinion.

Accordingly,

IT IS ORDERED THAT:

1. The mandate of this court issued on November 5, 2012 is recalled, the appeals are reinstated, and this court's judgment is vacated.

2. Pursuant to IOP #14, the en banc court has determined to dissolve its en banc status and refer the case to the two remaining panel members and a newly-selected judge.

FOR THE COURT

July 24, 2014                /s/ Daniel E. O'Toole
    Date                      Daniel E. O'Toole
                              Clerk of Court

---

Circuit Judge on June 30, 2014, did not participate in this decision.  Circuit Judges Taranto and Chen did not participate in this decision.