NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AKAMAI TECHNOLOGIES, INC., THE MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**
*Plaintiffs-Appellants,*

v.

**LIMELIGHT NETWORKS, INC.,**
*Defendant-Cross-Appellant.*

---

2009-1372, -1380, -1416, -1417

---

Appeals from the United States District Court for the District of Massachusetts in No. 06-CV-11585, Judge Rya W. Zobel.

---

**O R D E R**

---

PER CURIAM.

Pursuant to the en banc court's order dated July 24, 2014, this case has been referred to the panel for further proceedings in light of the Supreme Court's opinion.

Accordingly,

IT IS ORDERED THAT:

2 AKAMAI TECHNOLOGIES, INC. v. LIMELIGHT NETWORKS, INC.

1. The appeal will be heard on the basis of the originally filed briefs. The parties, however, are each asked to file a letter, not exceeding 10 pages, to address any additional arguments that the court may consider in light of the Supreme Court's opinion. The parties' letters are due no later than August 18, 2014.

2. Oral argument is scheduled for Thursday, September 11, 2014 at 2:00 pm. Each side will be limited to 15 minutes.

            FOR THE COURT

| July 25, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |