2009-1372, -1380, -1416, -1417

_____

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

AKAMAI TECHNOLOGIES, INC.,

*Plaintiff-Appellant*,

and

THE MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

*Plaintiff-Appellant*,

v.

LIMELIGHT NETWORKS, INC.,

*Defendant-Cross-Appellant*.

_____

Appeals from the United States District Court for the District of Massachusetts in Case Nos. 06-CV-11109 and 06-CV-11585, Judge Rya W. Zobel

_____

## AMENDED CERTIFICATE OF INTEREST

_____

Counsel for Defendant–Cross-Appellant Limelight Networks, Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

Limelight Networks, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Not applicable.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this Court are:

Robert G. Krupka
Alexander F. MacKinnon
Nick G. Saros
Timothy G. Majors
Christopher C. Smith
Christopher M. Lawless
Thomas Richardson
Allison W. Buchner
Michael W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071

Young J. Park
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

G. Courtney Holohan
Regan A. Smith
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

Gale Mahoney
Daniel K. Hampton
Thomas M. Johnston
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116

Aaron M. Panner (no longer with firm)
John Christopher Rozendaal
Michael E. Joffre
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

Aaron M. Panner
LAW OFFICE OF AARON M.
 PANNER, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036


Dated:  October 8, 2015                              __/s/ *Aaron M. Panner*___
                                                            Aaron M. Panner
                                                            LAW OFFICE OF AARON M.
                                                             PANNER, P.L.L.C.
                                                           1615 M Street, N.W., Suite 400
                                                           Washington, D.C. 20036
                                                           (202) 326-7921
                                                           (202) 326-7999 (facsimile)

                                                           *Counsel for Defendant–Cross-*
                                                           *Appellant Limelight Networks, Inc.*

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on ___October 8th, 2015___ by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| Aaron M. Panner | /s/ Aaron M. Panner |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Law Office of Aaron M. Panner, PLLC |
| Address | 1615 M St NW, Suite 400 |
| City, State, Zip | Washington, DC 20036 |
| Telephone Number | 202-326-7921 |
| Fax Number | 202-326-7999 |
| E-Mail Address | apanner@pannerlaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields